UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK ALLEN BATTERSBY, <br><br> Plaintiff, <br><br> v. <br><br> IVRA LIEH, et al., <br><br> Defendants. | Case No. 20-cv-06561-EMC <br><br> **AMENDED ORDER OF SERVICE AS TO AMENDED COMPLAINT; AND DENYING PLAINTIFF'S MOTIONS** |

On January 5, 2022, the Court ordered service of Plaintiff's amended complaint ("FAC") upon Nurse Edmondson. *See* Docket No. 62. The Court ordered the Clerk to serve upon Nurse Edmondson "the summons, a copy of the FAC, and a copy of all the documents in the case file." *Id*. at 9. A review of the docket reveals that service of "a copy of all the documents in the case file" would be unduly burdensome. Accordingly, the Court modifies the order of service as follows:

The Clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, the summons, a copy of the FAC, a copy of the order of service, and a copy of this amended order of service, upon Nurse Karen Edmondson, who apparently works at the Humboldt County Correctional Facility at 826 Fourth Street, Eureka, CA 95501.

**IT IS SO ORDERED**.

Dated: January 13, 2022

_____
EDWARD M. CHEN
United States District Judge